UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 10, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARINA ANATOLYEVNA DUSHENKO,

Defendant.

Case No. 2:15-mj-00182-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARINA ANATOLYEVNA DUSHENKO ,

Case No. 2:15-mj-00182-CKD  from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000, cosigned by father.

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

__X__ (Other): Pretrial services conditions stated on the record.

Issued at Sacramento, California on September 10, 2015 at  2:35 pm

By:  _Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney