HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_D_Galloway@fd.org

Attorney for Defendant
MARINA DUSHENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARINA DUSHENKO and<br>STANISLAV CARPENCO,<br><br>　　　　　Defendants. | Case № 2:15-cr-197 MCE<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS<br><br>Judge:　HON. CAROLYN K. DELANEY |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants MARINA ANATOLYEVNA DUSHENKO and STANISLAV CARPENCO, through their respective attorneys that the release conditions imposed on Ms. Dushenko on September 11, 2015 and on Mr. Carpenco on September 15, 2015, be modified to allow the defendants to have contact with one another. Pretrial Services does not oppose this modification.

　　　Accordingly, the parties agree and jointly request that Special Condition number 13 which states: "You shall not associate or have any contact with your co-defendant unless in the presence of counsel or otherwise approved in advance by the pretrial services officer" be stricken in its entirety from the Special Conditions of Release at docket entry 10 as to Ms. Dushenko, and docket entry 21 as to Mr. Carpenco.

1     All other conditions shall remain in force.

3     DATED: October 15, 2015          Respectfully submitted,
                                       HEATHER E. WILLIAMS
4                                      Federal Defender

                                       */s/ Benjamin D. Galloway*
6                                      BENJAMIN D. GALLOWAY
                                       Assistant Federal Defender
7                                      Attorney for James Malcolm

9     DATED: October 15, 2015          */s/ Michael Chastaine*
                                       MICHAEL CHASTAINE
                                       Assistant Federal Defender
10                                     Attorney for James Malcolm

13    DATED: October 15, 2015          BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Paul Hemesath*
15                                     PAUL HEMESATH
                                       Assistant U.S. Attorney
16                                     Attorney for Plaintiff

O R D E R

Special Condition number 13 which states: "You shall not associate or have any contact with your co-defendant unless in the presence of counsel or otherwise approved in advance by the pretrial services officer" is hereby stricken in its entirety from the Conditions of Pretrial Release at docket entries 10 and 21.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: October 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE