MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Stanislov Carpenco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

STANISLOV CARPENCO,

            Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:15 CR 197 MCE

STIPULATION AND ORDER
CONTINUING STATUS CONFERNCE

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States

Attorney, Ben Galloway, attorney for Marina Dushenko, and Michael Chastaine, attorney

for Stanislov Carpenco, that the status conference date of Friday, April 1, 2016 should be

continued until Friday, May 20, 2016.  The continuance is necessary in that the

Government is still releasing discovery and the defense needs additional time to review

the discovery and go over it with their respective clients.

IT IS STIPULATED that the period of time from the April 1, 2016 up to and

including May 20, 2016 be excluded in computing the time within which the trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local

Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a

continuance and continued counsel preparation outweighs the interests of the public and

the defendant in a speedy trial.

.

Dated: March 28, 2016                     By: _____/s/ Michael Chastaine
                                               MICHAEL CHASTAINE
                                               Attorney for Stanislov Carpenco


Dated: March 28, 2016                     By: _____/s/ Ben Galloway
                                               BEN GALLOWAY
                                               Attorney for Marina Dushenko



Dated: March 28, 2016                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Paul Hemesath___
                                          PAUL HEMESATH
                                          Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 1, 2016 at 9:00 a.m. be continued to Friday, May 20, 2016 at 9:00 a.m. and that the period from April 1, 2016 to May 20, 2016 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  March 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2