1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way, Suite 100
   Gold River, CA 95670
3  Telephone: 916-732-7150

4  Attorneys for Defendant
   Stanislov Carpenco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:15 CR 197 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | ) |
| STANISLOV CARPENCO, | ) |
| Defendant. | ) |

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, Ben Galloway, attorney for Marina Dushenko, and Michael Chastaine, attorney for Stanislov Carpenco, that the status conference date of Friday, November 18. 2016 should be continued until Friday, January 20, 2017.  The continuance is necessary in that the defense needs additional time to review the discovery, complete investigation and go over it with their respective clients.

IT IS STIPULATED that the period of time from the November 18, 2016 up to and including January 20, 2016 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need

for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: November 14, 2016         By: ____/s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Attorney for Stanislov Carpenco


Dated: November 14, 2016         By: ____/s/ Ben Galloway
                                                BEN GALLOWAY
                                                Attorney for Marina Dushenko



Dated: November 14, 2016              BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Paul Hemesath___
                                      PAUL HEMESATH
                                      Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, November 18, 2016 at 9:00 a.m. be continued to Friday, January 20, 2017 at 9:00 a.m. and that the period from November 18, 2016 to January 20, 2017 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: November 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2