HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MARINA DUSHENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MARINA DUSHENKO and<br>STANISLAV CARPENCO,<br><br>       Defendants. | Case № 2:15-cr-197 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   January 20, 2017<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for defendant Marina Dushenko, and Michael Chastaine, attorney for defendant Stanislav Carpenco that the status conference scheduled for January 20, 2017, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on Friday, March 17, 2017, at 9:00 a.m., for further status conference.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2    excluded of this order's date through and including March 17, 2017;  pursuant to 18 U.S.C.
3    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4    based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 17, 2017         Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Benjamin D. Galloway
                                BENJAMIN D. GALLOWAY
                                Assistant Federal Defender
                                Attorney for MARINA DUSHENKO

DATED: January 17, 2017         /s/ Michael Chastaine
                                MICHAEL CHASTAINE
                                Assistant Federal Defender
                                Attorney for STANISLAV CARPENCO


DATED: January 17, 2017         PHILLIP A. TALBERT
                                United States Attorney

                                /s/ Paul Hemesath
                                PAUL HEMESATH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 17, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 20, 2017 status conference shall be continued until March 17, 2017 at 9:00 a.m.

Dated:  January 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge