HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MARINA DUSHENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARINA DUSHENKO and<br>STANISLAV CARPENCO,<br><br>    Defendants. | Case № 2:15-cr-197 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   April 7, 2017<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Marina Dushenko, and Michael Chastaine, attorney for defendant Stanislav Carpenco that the status conference scheduled for April 7, 2017, be continued to June 16, 2017, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

1  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2  excluded of this order's date through and including June 16, 2017; pursuant to 18 U.S.C. §3161
3  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based
4  upon continuity of counsel and defense preparation.

5  Counsel and the defendant also agree that the ends of justice served by the Court granting
6  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

7  DATED: March 14, 2017            Respectfully submitted,

9                                   HEATHER E. WILLIAMS
                                    Federal Defender

11                                  */s/ Benjamin D. Galloway*
                                    BENJAMIN D. GALLOWAY
                                    Assistant Federal Defender
12                                  Attorney for MARINA DUSHENKO

13  DATED: April 5, 2017            /s/ *Michael Chastaine*
                                    MICHAEL CHASTAINE
14                                  Assistant Federal Defender
                                    Attorney for STANISLAV CARPENCO

17  DATED: April 5, 2017            PHILLIP A. TALBERT
                                    United States Attorney
18
19                                  */s/ Paul Hemesath*
                                    PAUL HEMESATH
20                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

Stipulation and [Proposed] Order                -2-
to Continue Status Conference

O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 16, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 7, 2017 status conference shall be continued until June 16, 2017 at 9:00 a.m.

Dated:  April 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge