1 HEATHER E. WILLIAMS, #122664
  Federal Defender
2 BENJAMIN D. GALLOWAY, #214897
  Assistant Federal Defender
3 801 I Street, 3rd Floor
  Sacramento, CA 95814
4 Tel: 916-498-5700/Fax 916-498-5710

5 Attorney for Defendant
  MARINA DUSHENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:15-cr-197 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MARINA DUSHENKO and STANISLAV CARPENCO, | DATE: June 16, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Marina Dushenko, and Michael Chastaine, attorney for defendant Stanislav Carpenco that the status conference scheduled for June 16, 2017, be continued to August 11, 2017, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 11, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 8, 2017     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for MARINA DUSHENKO

DATED: June 8, 2017     */s/ Michael Chastaine*
MICHAEL CHASTAINE
Assistant Federal Defender
Attorney for STANISLAV CARPENCO

DATED: June 8, 2017     PHILLIP A. TALBERT
United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and [Proposed] Order
to Continue Status Conference     -2-

# O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 11, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 16, 2017 status conference shall be continued until August 11, 2017 at 9:00 a.m.

Dated: June 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge