| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | MARINA DUSHENKO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:15-cr-197 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MARINA DUSHENKO and STANISLAV CARPENCO, | DATE: August 11, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Marina Dushenko, and Michael Chastaine, attorney for defendant Stanislav Carpenco that the status conference scheduled for August 11, 2017, be continued to October 20, 2017, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2 excluded of this order's date through and including October 20, 2017; pursuant to 18 U.S.C.
3 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4 based upon continuity of counsel and defense preparation.

5    Counsel and the defendant also agree that the ends of justice served by the Court granting
6 this continuance outweigh the best interests of the public and the defendant in a speedy trial.

7 DATED: August 7, 2017          Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Benjamin D. Galloway*
                                 BENJAMIN D. GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for MARINA DUSHENKO

13 DATED: August 7, 2017          */s/ Michael Chastaine*
                                 MICHAEL CHASTAINE
                                 Assistant Federal Defender
                                 Attorney for STANISLAV CARPENCO


17 DATED: August 7, 2017          PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Paul Hemesath*
                                 PAUL HEMESATH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 20, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 11, 2017 status conference shall be continued until October 20, 2017 at 9:00 a.m.

Dated:  August 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge