HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MARINA DUSHENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARINA DUSHENKO and STANISLAV CARPENCO,<br><br>Defendants. | Case № 2:15-cr-197 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 20, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Marina Dushenko, and Michael Chastaine, attorney for defendant Stanislav Carpenco that the status conference scheduled for October 20, 2017, be continued to December 15, 2017, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 15, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 16, 2017	Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender
Attorney for MARINA DUSHENKO

DATED: October 16, 2017	/s/ *Michael Chastaine*
MICHAEL CHASTAINE
Assistant Federal Defender
Attorney for STANISLAV CARPENCO

DATED: October 16, 2017	PHILLIP A. TALBERT
United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 15, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 20, 2017 status conference shall be continued until December 15, 2017 at 9:00 a.m.

Dated: October 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge