MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Stanislov Carpenco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANISLOV CARPENCO,<br><br>　　　　Defendant. | Case No.: 2:15 CR 197 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, Ben Galloway, attorney for Marina Dushenko, and Michael Chastaine, attorney for Stanislov Carpenco, that the status conference date of Friday, December 15. 2017 should be continued until Friday, February 2, 2018.  The continuance is necessary in that the defense needs additional time to review the discovery (including new developments in the case), complete investigation and go over it with their respective clients.

　　　　IT IS STIPULATED that the period of time from the December 15, 2017 up to and including February 2, 2018 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need

for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: December 11, 2017        By: ____/s/ Michael Chastaine
                                                  MICHAEL CHASTAINE
                                                  Attorney for Stanislov Carpenco

Dated: December 11, 2017        By: ____/s/ Ben Galloway
                                                  BEN GALLOWAY
                                                  Attorney for Marina Dushenko

Dated: December 11, 2017        BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  By: /s/ Paul Hemesath___
                                                  PAUL HEMESATH
                                                 Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, December 15, 2017 at 9:00 a.m. be continued to Friday, February 2, 2018 at 9:00 a.m. and that the period from December 15, 2017 to February 2, 2018 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  December 13, 2017

                                                  _____
                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge