HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARINA DUSHENKO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-197 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TERMINATE PRE-TRIAL SUPERVISION** |
| v. | |
| MARINA DUSHENKO, | Hon. Edmund F. Brennan |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather E. Williams, Federal Defender, through Chief Assistant Federal Defender, Benjamin D. Galloway, attorney for Marina Dushenko, that Ms. Dushenko's pre-trial supervision should be terminated and that she should remain out of custody on the presently set $50,000 unsecured appearance bond. As a condition of her pretrial release, Ms. Dushenko shall comply with all federal, state, and local laws.

Pretrial Services indicates Ms. Dushenko has done exceedingly well on supervision.

On September 10, 2015, the Court ordered Ms. Dushenko released on conditions of pre-trial supervision and a $50,000 unsecured appearance bond. (Doc. Nos. 6 and 13.) Ms. Dushenko has remained on pre-trial supervision since that time without incident. Based on the foregoing, the parties stipulate that Ms. Dushenko's pre-trial supervision should be terminated,

Stipulation to Terminate Pre-Trial Supervision     -1-

she be ordered released on the presently set $50,000 unsecured appearance bond, and that condition number six should remain in effect.

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: June 7, 2018                 */s/ Benjamin D. Galloway*
                                            BENJAMIN D. GALLOWAY
                                            Chief Assistant Federal Defender
                                            Attorneys for Defendant
                                            MARINA DUSHENKO

DATED: June 7, 2018                 MCGREGOR W. SCOTT
                                            United States Attorney

                                            */s/ Paul Hemesath*
                                            PAUL HEMESATH
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that Marina Dushenko's pre-trial supervision be terminated, ~~she be ordered~~ that she remain released on the presently set $50,000 unsecured appearance bond, and that condition number six of her conditions of pre-trial release, concerning her passport, shall remain in effect. As a condition of her pretrial release, Ms. Dushenko shall comply with all federal, state, and local laws.

Dated: June 7, 2018

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge