HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MARINA DUSHENKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARINA DUSHENKO and<br>STANISLAV CARPENCO,<br><br>Defendants. | Case No. 2:15-cr-197 GEB<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>DATE: September 27, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Marina Dushenko, and Michael Chastaine, attorney for defendant Stanislav Carpenco that the status conference scheduled for September 27, 2019, be continued to December 20, 2019, at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

1     Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including December 20, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

    Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 16, 2019      Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

*/s/ Benjamin D. Galloway*  
BENJAMIN D. GALLOWAY  
Chief Assistant Federal Defender  
Attorney for MARINA DUSHENKO

DATED: September 16, 2019      */s/ Michael Chastaine*  
MICHAEL CHASTAINE  
Assistant Federal Defender  
Attorney for STANISLAV CARPENCO

DATED: September 16, 2019      MCGREGOR W. SCOTT  
United States Attorney

*/s/ Paul Hemesath*  
PAUL HEMESATH  
Assistant United States Attorney  
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 20, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 27, 2019 status conference shall be continued until December 20, 2019 at 9:00 a.m.

Dated: September 18, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge